No. 72–1607. Pfingst v. United States. C. A. 2d Cir. Certiorari denied.

No. 72–5507. Williams v. Henderson, Warden. C. A. 5th Cir. Certiorari denied.

No. 72–6282. Morton v. Wyoming et al. C. A. 10th Cir. Certiorari denied.

No. 72–6290. Bruce v. Virginia. Sup. Ct. Va. Certiorari denied.

No. 72–6312. Castellon-Duarte v. Immigration and Naturalization Service. C. A. 9th Cir. Certiorari denied.

No. 72–6443. Mackey v. United States. C. A. 4th Cir. Certiorari denied.

No. 72–6447. Stanfield v. United States; and
No. 72–6448. Terrell v. United States. C. A. D. C. Cir. Certiorari denied.

No. 72–6459. Billingsley v. United States. C. A. 7th Cir. Certiorari denied.

No. 72–6460. Isenberg v. United States; and
No. 72–6466. Isenberg v. United States. C. A. 3d Cir. Certiorari denied.

No. 72–6463. Walsh v. United States. C. A. 7th Cir. Certiorari denied.

No. 72–6464. Barrow v. United States. C. A. 6th Cir. Certiorari denied.

No. 72–6468. Laughlin v. United States. C. A. D. C. Cir. Certiorari denied.